UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

DERRY SYKES, Pro Se

                                    Plaintiff,

        v.

Springfield Auto Pound, a.k.a. NYPD, Sgt. Marc Assiel, Official/
Individual Capacities, and John Does Police Officers in Official/
Individual Capacities,

                                    Defendants.
------------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

25-cv-5652 (unassigned)

        **PLEASE TAKE NOTICE** that Stacy D'Cunha-Rubin, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, appears as counsel for Defendant Sgt. Marc Assiel, in his official capacity, in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system.[1]

        I certify that I am admitted to practice before this Court.

---

[1] The undersigned do not yet represent Sgt. Marc Assiel in his individual capacity because proper service has not been effectuated upon Sgt. Marc Assiel in his personal capacity and thus, no representation interview has been conducted yet.

Dated:    New York, New York
          August 7, 2025

                                              Respectfully submitted,

                                              **MURIEL GOODE-TRUFANT**
                                              Corporation Counsel of the
                                                  City of New York
                                              *Attorney for Defendant*
                                              *Sgt. Marc Assiel in his Official Capacity*
                                              100 Church Street, Room 5-149
                                            New York, New York 10007
                                            Tel.: (212) 356-3191
                                            Fax: (212) 356-2019
                                            sdcunha@law.nyc.gov

To:
    All participating parties                    *Stacy D'Cunha-Rubin /s/*
    (Via PACER)                      BY: _____
                                              Stacy D'Cunha-Rubin