USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRY SYKES,

                         Plaintiff,

         -against-

SPRINGFIELD AUTO POUND, A.K.A.NYPD;
SGT. MARC ASSIEL, OFFICIAL/
INDIVIDUAL CAPACITIES; JOHN DOES
POLICE OFFICERS IN OFFICIAL/
INDIVIDUAL CAPACITIES,

                         Defendants.

---

25-CV-5652 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants deprived him of access to his car, and that the car was damaged while in Defendants' custody. Plaintiff moves for emergency injunctive relief in the form of an order enjoining Defendants from "further depriving" him of his car. [ECF No. 4] at 2.

By Order dated December 3, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, and, thereafter, the case was assigned to me.

## DISCUSSION

### A.    Springfield Auto Pound

Section 1983 provides that an action may be maintained against a "person" who has deprived another of rights under the "Constitution and Laws." 42 U.S.C. § 1983. The Springfield Auto Pound is not a "person" within the meaning of Section 1983. *See generally Zuckerman v. Appellate Div., Second Dep't Supreme Court*, 421 F.2d 625, 626 (2d Cir. 1970) (court not a "person" within the meaning of Section 1983); *Whitley v. Westchester Cnty. Corr. Facility Admin.*,

No. 97-CV-420 (SS), 1997 WL 659100, at *7 (S.D.N.Y. Oct. 22, 1997) (same as to correctional facility or jail).

In light of Plaintiff's *pro se* status and clear intention to assert claims against the City of New York, the Court construes the complaint as asserting claims against the City of New York, and directs the Clerk of Court, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to amend the caption of this action to replace the Springfield Auto Pound with the City of New York. *See* Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses that the City of New York may wish to assert.

**B.     Order of service**

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order. The Court requests that 25th Precinct Sergeant Marc Assiel and the City of New York waive service of summons.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**C.     Doe defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff appears to supply sufficient information to permit the New York City Police Department to identify the Doe employees who allegedly denied Plaintiff access to his car at the Springfield Auto Pound on July 3, 2025. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the New York City Police Department, must ascertain the identity and, if relevant, badge number of each Doe whom Plaintiff seeks to sue here and the address where each defendant

2

may be served.[1]  The New York City Law Department must provide this information to Plaintiff

and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint

naming the Doe defendants.  The amended complaint will replace, not supplement, the original

complaint.  An amended complaint form that Plaintiff should complete is attached to this Order.

Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and,

if necessary, issue an order asking the newly identified Defendants to waive service.[2]

## D.    Motions for injunctive relief

Plaintiff has filed a motion requesting preliminary injunctive relief.  To obtain such relief,

Plaintiff must show: (1) that he is likely to suffer irreparable harm and (2) either (a) a likelihood

of success on the merits of his case or (b) sufficiently serious questions going to the merits to make

them a fair ground for litigation and a balance of hardships tipping decidedly in his favor.  *See*

*UBS Fin. Servs., Inc. v. W.V. Univ. Hosps., Inc.*, 660 F. 3d 643, 648 (2d Cir. 2011) (citation and

internal quotation marks omitted); *Wright v. Giuliani*, 230 F.3d 543, 547 (2000).  Preliminary

injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the

movant, by a clear showing, carries the burden of persuasion."  *Moore v. Consol. Edison Co. of*

*N.Y., Inc.*, 409 F.3d 506, 510 (2d Cir. 2005) (internal quotation marks and citation omitted).

---

[1] If any Doe defendant is a current or former New York City Police Department employee or official, the New York City Law Department should note in the response to this Order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving New York City Police Department defendants, rather than by personal service.  If a Doe defendant is not a current or former New York City Police Department employee or official, the New York City Law Department must provide a residential address where the individual may be served.

[2] In a second motion for injunctive relief, Plaintiff seeks to add claims about the alleged theft of a "tablet."  [ECF No. 9] at 2.  Plaintiff may, consistent with Rule 15 of the Federal Rules of Civil Procedure, add this and any other related claims to an amended complaint filed pursuant to Subsection C of this Order.

Moreover, service has not been made upon a number of the Defendants against whom injunctive relief is sought.  Under the Federal Rules of Civil Procedure, "[t]he court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  Fed. R. Civ. P. 65(b).

The Court finds that Plaintiff has failed to show at this early stage that "immediate and irreparable injury, loss, or damage will result before the" *ex parte* Defendants "can be heard in opposition."  *Id.*  In addition, Plaintiff has not demonstrated (1) a likelihood of success on the merits, or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in his favor.  Accordingly, The Court therefore declines to enter the requested order to show cause and the motion for injunctive relief is denied without prejudice.

## CONCLUSION

The Court dismisses Plaintiff's claims against the Springfield Auto Pound for failure to state a claim on which relief may be granted.  28 U.S.C. § 1915(e)(2)(B)(ii).  The Court directs the Clerk of Court to add the City of New York as a defendant.  *See* Fed. R. Civ. P. 21.

The motions for injunctive relief, as well as Defendant's letter motion seeking a pre-motion conference, are denied without prejudice, and the Clerk of Court is directed to terminate them. [ECF Nos. 4, 9, 16].

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order.  The Court requests that Defendants City

of New York and 25th Precinct Sgt. Marc Assiel waive service of summons and that the New York

City Law Department respond as directed in the *Valentin* order.

The Clerk of Court is directed to mail an information package to Plaintiff.  An amended

complaint form, which Plaintiff must complete within thirty days of the identification of the Doe

defendants, is attached.  Plaintiff may receive court documents by email by completing a Consent

to Electronic Service Form.[3]

**The Parties are on notice that failure to comply with court orders and the Federal
Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in
Civil Cases may result in sanctions, including monetary sanctions on counsel and the Parties;
preclusion of claims, defenses, evidence, and motion practice; and case-terminating
sanctions.**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

Dated:    12/17/2025
          New York, New York

                                        _____
                                        MARY KAY VYSKOCIL
                                        United States District Judge


---

[3]    Available    at    https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.  If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____                    ____ Civ. _____ ( ____ )

*(In the space above enter the full name(s) of the plaintiff(s).)*

         **AMENDED**

         **-against-**          **COMPLAINT**

_____

_____                    Jury Trial:  □ Yes      □ No

_____                                     (check one)

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name _____

               Street Address _____

               County, City _____

               State & Zip Code _____

               Telephone Number _____

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1        Name  _____

                        Street Address  _____

                        County, City  _____

                        State & Zip Code  _____

                        Telephone Number  _____


Defendant  No. 2        Name  _____

                        Street Address  _____

                        County, City  _____

                        State & Zip Code  _____

                        Telephone Number  _____


Defendant  No. 3        Name  _____

                        Street Address  _____

                        County, City  _____

                        State & Zip Code  _____

                        Telephone Number  _____


Defendant  No. 4        Name  _____

                        Street Address  _____

                        County, City  _____

                        State & Zip Code  _____

                        Telephone Number  _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

          ☐ Federal Questions                    ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
        is at issue? _____
        _____
        _____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

        _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

What happened to you?

_____

_____

_____

_____

Who did what?

_____

_____

_____

_____

Was anyone else involved?

_____

_____

Who else saw what happened?

_____

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                       Signature of Plaintiff   _____

                       Mailing Address     _____

                                                   _____

                                                   _____

                       Telephone Number  _____

                       Fax Number *(if you have one)*  _____

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                       Signature of Plaintiff:  _____

                       Inmate Number     _____

*Rev. 12/2009*               4