USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRY SYKES,

Plaintiff,

-against-

SPRINGFIELD AUTO POUND, A.K.A. NYPD; SGT. MARC ASSIEL, OFFICIAL/ INDIVIDUAL CAPACITIES; JOHN DOES POLICE OFFICERS IN OFFICIAL/ INDIVIDUAL CAPACITIES,

Defendants.

25-CV-5652 (MKV)

ORDER GRANTING DEFENDANTS' LETTER MOTION TO COMPEL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the letter motion by Defendants City of New York and Sgt. Marc Assiel (collectively, the "Defendants") seeking to compel Plaintiff's execution and provision of a Designation of Agent for Access to Sealed Records Pursuant to New York Criminal Procedure Law ("NYCPL") § 160.50(1)(d) (the "Designation"). [ECF No. 37]. Defendants contend that the Designation "would permit Defendants' attorneys to review the sealed records related to Plaintiff's June 20, 2025 arrest for the purposes of defending this action." *Id.* at 1. Defendants have conferred with Plaintiff, who refuses to execute and provide the Designation. *Id.* at 3.

Plaintiff's complaint and exhibits attached thereto indicate that this action arises directly from his arrest on June 20, 2025. [ECF No. 1] ¶ 13, Ex. B-1 at 2. In other words, Plaintiff has "commence[d] a civil action and affirmatively place[d] the information protected by [NY]CPL 160.50 into issue." *Brown v. City of New York*, No. 1:23-cv-05924 (JGLC) (SDA), 2024 WL 244642, at *2 (S.D.N.Y. Jan. 23, 2024). Accordingly, in the interest of "the City's entitlement to . . . the NYCPL § 160.50 records . . . so that it can fulfill its obligations under Rule 11 of the

Federal Rules of Civil Procedure," *Murray v. N.Y.C. D.O.C.*, No. 21-CV-06718 (LJL), 2023 WL 2647866, at *2 (S.D.N.Y. Mar. 27, 2023) (cleaned up, quotation omitted) (collecting cases), Defendants' letter motion is GRANTED.

**SO ORDERED.**

Dated: July 8, 2026
New York, New York

Mary Kay Vyskocil

MARY KAY VYSKOCIL
United States District Judge